# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135150
135151


LINDA JEAN CLEMENS, Personal
Representative of the Estate of
Therel B. Kuzma, Deceased,
            Plaintiff-Appellee,

v                                                         SC: 135150
                                                          COA: 264688
                                                          Calhoun CC: 03-001783-NH
JOHN D. KOZIARSKI, M.D.,
F.A.C.S., FAMILY SURGICAL
SERVICES, P.C., FAMILY
SURGICAL CARE, P.C., and
XYZ UNKNOWN CORPORATION,
            Defendants-Appellees.
_____


CAROL A. MacKENZIE, Personal
Representative of the Estate of
Therel B. Kuzma, Deceased,
            Plaintiff-Appellant,

v                                                         SC: 135151
                                                          COA: 265619
                                                          Calhoun CC: 05-001212-NH
JOHN D. KOZIARSKI, M.D.,
F.A.C.S., and FAMILY SURGICAL
SERVICES, P.C.,
            Defendants-Appellees,

and

FAMILY SURGICAL CARE, P.C.,
and XYZ UNKNOWN CORPORATION,
            Defendants.

_____/

On order of the Court, the application for leave to appeal the September 18, 2007 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals in part because plaintiff Linda Jean Clemens falls within the class of plaintiffs entitled to relief identified in our order in *Mullins v St Joseph Mercy Hospital* (Docket No. 131879), ___ Mich ___ (decided 11/28/07). We REMAND this case to the Calhoun Circuit Court for entry of an order denying the defendants' motion for summary disposition in case no. 03-001783-NH and for further proceedings not inconsistent with this order and the order in *Mullins*. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2008

l0114

Clerk